AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Utah

FILED
U.S. DISTRICT COURT

2018 SEP 10 ⊃ 2: 10

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BREANNE JANETTE WELLS | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release) |

Case No.   DUTX1:06cr00006-001 TS

USM No. 13309-081

Audrey K. James, Public Defender
_____
Defendant's Attorney

**THE DEFENDANT:**

☑  admitted guilt to violation of condition(s)   1-4 of the petition   of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Dft signed a drug use admission form admitting to using meth | |
| 2 | Dft associated with a convicted felon | |
| 3 | Dft failed to attend substance abuse treatment as directed | |
| 4 | Dft associated with a convicted felon | |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  The defendant has not violated condition(s)   5   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   2290

Defendant's Year of Birth:   1984

City and State of Defendant's Residence:
Ogden, Utah

09/10/2018
_____
Date of Imposition of Judgment

_____
Signature of Judge

Honorable Ted Stewart          U.S. District Judge
_____
Name and Title of Judge

09/10/2018
_____
Date

AO 245D (Rev. 02/18)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: BREANNE JANETTE WELLS
CASE NUMBER: DUTX1:06cr00006-001 TS

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

CREDIT FOR TIME SERVED. The defendant shall be rolled up and released from the courthouse at 9:00 AM on 9/11/2018 to meet with the probation office prior to attending RISE Court.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

| | Judgment—Page | 3 | of | 3 |

DEFENDANT:  BREANNE JANETTE WELLS
CASE NUMBER:  DUTX1:06cr00006-001 TS

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :        NONE

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.

2.    You must not unlawfully possess a controlled substance.

3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4.    ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5.    ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.